(Rev. 10/2021)  Waiver of Right to Contest Detention

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 05 2024

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

vs.

Lupe Vargas

**WAIVER OF RIGHT TO CONTEST DETENTION**
(Rule 5 or 32.1, Fed. R. Crim. P., 18 U.S.C. § 3142)

CASE NUMBER: 24 CR 1493 MLG

I, __Lupe Vargas__, charged in: (an indictment, complaint, petition) with __Conspiracy (18 USC § 371) & Attempt by an inmate to obtain [illegible]__ Title __18__, U.S.C. __371 & 1791(a)(2)(b)(1)__, and having appeared before this Court and been advised of my rights as required by Fed. R. Crim. P. 5 or 32.1 and 18 U.S.C. § 3142, including my right to contest my detention, do hereby waive (give up) my right to contest detention. However, I understand that under 18 U.S.C. § 3142(f), I may ask the Court to reopen my detention hearing at any time before trial if information exists that is not known to me today and that has a material bearing on whether there are conditions of release that will reasonably assure my appearance as required and the safety of any other person and the community.

_Lupe Vargas_
Defendant

11.5.24
Date

_[signature]_
Counsel for Defendant
Diego Esquibel
Standing in for
Elizabeth Harrison